IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE ELLEN ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:10-cv-01096 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE |

On February 8, 2011, the Court issued its Order to Show Cause as to why the matter should not be dismissed. (Doc. 10). Sue Ellen Anderson ("Plaintiff") responded promptly on February 8, 2011. (Doc. 11). Plaintiff's counsel, Mr. Marc Kalagian, requests that the Court discharge the Order to Show Cause and permit Plaintiff to serve a settlement letter on defendant no later than March 3, 2012. *Id.* at 2. Notably, the settlement letter should have been served on defendant thirty days after the lodging of the Administrative Record on October 28, 2010, or by November 28, 2011.

Mr. Kalagian states he "did not calendar a response date for the receipt of the Administrative Record" in his case tracking system. (Doc. 11 at 2). As a result, this deadline was overlooked. Mr. Kalagian discovered that the Administrative Record had been filed "[u]pon a search of e-mails on February 3, 2011." *Id.* After discovering this, he attempted to reach Defendant's counsel in an effort to stipulate to an extension of time. However, Mr. Kalagian asserts he did not receive a response from

Defendant's counsel prior to the Court's Order to Show Cause. *Id.* Therefore, Mr. Kalagian seeks leave of the Court to serve the settlement letter upon Defendant.

Under the Federal Rules of Civil Procedure, the Court may extend time "on motion made after the time has expired if the party failed to act because of excusable neglect." Fed.R.Civ.P. 6(b)(1)(B). Here, Mr. Kalagian acknowledges the error made by his office in noting the date the administrative record was filed, and the subsequent deadlines. (Doc. 11 at 2).

Given the prompt response by Plaintiff to the Court's Order, and the minimal prejudice to the defendant: it is HEREBY ORDERED:

1. The Court's Order to Show Cause is discharged;
2. Plaintiff shall serve her settlement letter no later than March 3, 2011; and
3. The remaining deadlines in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **February 14, 2011**                         **/s/ Jennifer L. Thurston**
                                                                                                UNITED STATES MAGISTRATE JUDGE