IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE ELLEN ANDERSON,<br><br>        Plaintiff,<br>  v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | ) Case No.: 1:10-cv-01096 JLT<br>)<br>) ORDER DISMISSING THE ACTION WITH<br>) PREJUDICE<br>)<br>) (Doc. 13)<br>)<br>)<br>)<br>) |

On March 18, 2011, Sue Ellen Anderson ("Plaintiff") and Michael J. Astrue, Commissioner of Social Security ("Defendant") stipulated to dismiss this action with prejudice, with each party to bear its own fees, costs, and expenses. (Doc. 13).

Accordingly, it is **HEREBY ORDERED**:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**;
2. Each party shall bear its own fees, costs, and expenses; and
3. The Clerk of Court **IS DIRECTED** to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:  **March 21, 2011**                                          /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE